**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Michael Hill, : | |
| : | Civil Action No.: 1:11-cv-11996-RBC |
| Plaintiff, : | |
| v. : | |
| : | |
| Portfolio Recovery Associates, L.L.C.; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Michael Hill ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 8, 2012

                                              Respectfully submitted,

                                              By: <u>/s/ Sergei Lemberg</u>

                                              Sergei Lemberg, Esq.
                                              BBO No.: 650671
                                              Lemberg & Associates L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile: (203) 653-3424
                                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 8, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By /s/ Sergei Lemberg

                                             Sergei Lemberg